**STATE of Missouri, Respondent,**

v.

**Christopher Irvin WATKINS, Appellant.**

**No. WD 60864.**

Missouri Court of Appeals,
Western District.

Feb. 11, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 2003.

Application for Transfer Denied
May 27, 2003.

Ellen Flottman, Assistant State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Kramer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Christopher Watkins appeals his conviction of one count of first degree robbery, RSMo § 569.020, and one count of armed criminal action, RSMo § 571.015. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).